MILDRED E. STOCKTON, Respondent, v. ELTON MURRELL, Respondent, and GEORGE L. GRAF, JR., Appellant.

LOUIS F. STOCKTON, Respondent, v. ELTON MURRELL, Respondent, and GEORGE L. GRAF, JR., Appellant.

(Argued March 22, 1934; decided April 17, 1934.)

*David E. Jeffery* for appellant.

*J. Carl Fogle* for respondents.

In each case, judgment affirmed, with costs; no opinion. Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.